## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No.  06-cr-107-01-SM

<u>Travis Blodgett</u>

### O R D E R

Defendant Blodgett's motion to continue the final pretrial conference and trial is granted (document 7).   Trial has been rescheduled for the September  2006 trial period.   Defendant Blodgett shall file a waiver of speedy trial rights not later than July 31,  2006.   On the filing of such  waiver,  his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 28,  2006 at 4:00 p.m.

**Jury Selection**: September 6,  2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July  24,  2006

cc:   Richard Foley,  Esq.
      Don Feith,  AUSA
      US Probation
      US Marshal