UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                    Case No.  06-cr-107-01-SM

Travis Blodgett

O R D E R

Defendant Blodgett's motion to continue the final pretrial conference and trial is granted (document 16).  Trial has been rescheduled for the February 2007 trial period.  Defendant Blodgett shall file a waiver of speedy trial rights not later than January 2, 2007.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 30, 2007 at 10:00 a.m.

**Jury Selection**: February 6, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 21, 2006

cc:  Richard Foley, Esq.
     Don Feith, AUSA
     US Probation
     US Marshal